# INVOICE

## NINTH COURT OF APPEALS

09-15-00372-CV

## Reginald Trainer, Efrain Avendano, Paul Hulin and Herman Levingston

v.

## City Of Port Arthur

No. E-194,887 IN 172ND DISTRICT COURT, JEFFERSON COUNTY

| TYPE OF FEE | CHARGES | STATUS | BY |
|---|---|---|---|
| Filing | $205.00 | NOT PAID | Langston Adams |

**Balance of costs owing to the Ninth Court of Appeals, Beaumont, Texas: $ $205.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **CAROL ANNE HARLEY,** CLERK OF THE NINTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE NINTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Ninth District of Texas, this September 16, 2015.

**CAROL ANNE HARLEY**
**CLERK OF THE COURT**

**PLEASE REMIT CHECK OR MONEY ORDER PAYABLE TO:**
    **NINTH COURT OF APPEALS**
    **1001 PEARL STREET, SUITE 330**
    **BEAUMONT, TEXAS 77701**